**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CODY GREENE** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **3:14-CV-01016-VLB** |
| | ) | |
| **THE CITY OF NORWALK, P.O. STEVEN LUCIANO, Badge No. L020, Individually and in his Official Capacity, P.O. FELIPE TABORDA, Badge No. T014, Individually and in his Official Capacity, P.O. ADAM MULKERN, Badge No. M044, Individually and in his Official Capacity, and P.O. JULIO RODRIGUEZ, Badge No. R023, Individually and in his Official Capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | **OCTOBER 8, 2014** |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

**Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7(b), Plaintiff Cody Greene requests an additional thirty (30) days up to and including November 15, 2014 within which to respond and/or object to the Defendants' First Set of Interrogatories and Requests for Production dated September 16, 2014. This is the Plaintiff's first request for extension of time.**

**In compliance with Local Rule 7(b)(3), the undersigned contacted Counsel for the Defendants, and he consents to the request made herein.**

**WHEREFORE, the undersigned respectfully submits that good cause exists for the granting of the relief requested herein.**

**THE PLAINTIFF,**
**CODY GREENE**

**By** ___/s/________________

**Philip Russell**
**Federal Bar No. ct03127**
**Philip Russell, LLC**
**66 Field Point Road**
**P.O. Box 1437**
**Greenwich, CT 06836**
**Tel: (203) 661-4200**
**E-mail: attys@greenwichlegal.com**
**prussell@greenwichlegal.com**

**CERTIFICATION**

**I hereby certify that on October 8, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by First Class Mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

**/s/**
**Philip Russell**